IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN HARGRAVE** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 15-201** |
| v. | : | |
| | : | |
| **CHARLES RAMSEY and** | : | |
| **THE CITY OF PHILADELPHIA** | : | |
| **Defendants.** | : | |

**ORDER**

This 20th day of May, 2015, upon consideration of Defendant's Motion to Dismiss and Plaintiff's Response, it is **ORDERED** as follows:

1. Count II of Plaintiff's Complaint, alleging First Amendment Retaliation, is **DISMISSED WITHOUT PREJUDICE;**

2. Count III of Plaintiff's Complaint, alleging *Monell* liability, is **NOT DISMISSED;** and

3. Count IV of Plaintiff's Complaint, alleging race discrimination in violation of the Pennsylvania State Constitution, is **DISMISSED WITH PREJUDICE.**

           /s/ Gerald Austin McHugh
     United States District Court Judge