IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN HARGRAVE | : | CIVIL ACTION |
|      **Plaintiff,** | : | |
| | : | No. 15-201 |
|   v. | : | |
| | : | |
| CHARLES RAMSEY and | : | |
| THE CITY OF PHILADELPHIA | : | |
|      **Defendants.** | : | |

**ORDER**

This 8th day of June, 2016, upon consideration of the Motion for Summary Judgment by Defendants Charles Ramsey and the City of Philadelphia, Plaintiff's Response, and Defendant's Reply, it is **ORDERED** that Defendants' Motion is **GRANTED.** Judgment is entered in favor of Defendants on all Counts of Plaintiff's Complaint.

       /s/ Gerald Austin McHugh
United States District Court Judge